**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| REVIV IP LLC, et al., | No. CV-21-00355-TUC-DCB (LAB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Revive Health Incorporated, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, REVIV IP, LLC and REVIV MANAGEMENT, LLC, have given notice that the above-entitled action is voluntarily dismissed.

**Accordingly,**

**IT IS ORDERED**, pursuant to the Notice of Voluntary Dismissal (Doc. 12), this case is dismissed, without prejudice.

Dated this 29th day of October, 2021.

Honorable David C. Bury
United States District Judge